432 A.2d 260

Commonwealth ex rel. Kachelries v. Kachelries.

Appeal of Joy Ann Kachelries.

Submitted June 12, 1980. Jeffrey T. Spangler, for appellant; Lester Krasno, for appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

The orders of the Court below are affirmed.